IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXSANDRO ROMAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 19-5204 |
| | : | |
| DR. LITTLE, *et al.* | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 30th day of April 2020, upon considering the Defendants' Motions to dismiss (ECF Doc. Nos. 21, 26) which remain unopposed for at least thirty days by the prisoner proceeding *pro se* through an amended Complaint (ECF Doc. No. 9), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Dr. Little and Physician Assistant Nicholson's Motion (ECF Doc. No. 21) is **GRANTED in part** and **DENIED** in part:

    a. We dismiss Plaintiff's claim of equal protection;

    b. We will proceed on Plaintiff's claims of deliberate indifference and professional negligence;

2. Correctional Officers Dixon and White's Motion (ECF Doc. No. 26) is **GRANTED** and we **dismiss** them from the case subject to a possible amendment;

3. We **refer** this matter to the Prisoner Civil Rights Panel until **June 5, 2020** for an attorney to voluntarily represent the *pro se* Plaintiff;

4. Plaintiff is granted leave to file a second amended Complaint if he can plead facts and claims relating to the conduct from September 1 to September 14, 2018 consistent with the Law including under the accompanying Memorandum, no later than **June 19, 2020**; and,

5.  Counsel for Dr. Little and Physician Assistant Nicholson shall serve a copy of this Order and accompanying Memorandum on Alexsandro Roman JV2176 at SCI Rockview through SCI Communications/PA DOC no later than **May 2, 2020** and file a certificate of service confirming compliance no later than **May 4, 2020** including notifying the Court should the service return as undeliverable.

_____
**KEARNEY, J.**