# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXSANDRO ROMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 19-5204 |
| | : | |
| **DR. LITTLE,** *et al.* | : | |

# ORDER

**AND NOW**, this 26th day of February 2021, upon considering Defendants' uncontested Motion for summary judgment (ECF Doc. No. 62), and after studying the adduced evidence, it is **ORDERED** Defendants' uncontested Motion (ECF Doc. No. 62) is **GRANTED** as there is no genuine issue of material fact precluding judgment in favor of Defendants and the Clerk of Court shall **close** this case.

                                                                    _____
                                                                    **KEARNEY, J.**